IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02085-CBS | Date: May 1, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

SEAN COLLINS,                                  Craig Kimmel

Plaintiff,

v.

VALARITY, LLC,                                 Matthew Aplington

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 11:13 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding cases cited in *Valarity, LLC's MOTION [14] to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction.* The court asks how the Defendant calculated emotional distress damages.

**ORDERED:**   *Valarity, LLC's MOTION [14] to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction* is **DENIED** for the reasons stated on the record.

Further discussion regarding *Joint MOTION [18] to Continue Trial Setting*.

**ORDERED:**   *Joint MOTION [18] to Continue Trial Setting* is **DENIED.**  The Final Pretrial Conference and 2 day Jury Trial settings will remain.  Parties shall file a proposed final pretrial order as soon as possible.

Hearing Concluded.

**Court in recess: 11:32 a.m.**
Time in court: 00:19

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.